| | | |
|---|---|---|
| ANILA DAULATZAI<br>3800 Canterbury Road, Unit 4H<br>Baltimore, Maryland 21218 | * <br> <br>* | IN THE |
| and | * | CIRCUIT COURT |
| ANILA DAULATZAI and<br>ROGER BEGRICH, as Husband and Wife<br>3800 Canterbury Road, Unit 4H<br>Baltimore, Maryland 21218 | *<br><br>*<br><br>* | FOR |
| Plaintiffs<br>v. | *  | ANNE ARUNDEL COUNTY |
| SOUTHWEST AIRLINES CO.<br>A Body Corporate<br>2702 Love Field Drive<br>Dallas, Texas 75235-1611 | *<br><br>*<br><br>* | Case No.: C-02-CV-20-001791 |
| **Serve On.:**<br>The Prentice-Hall Corporation System, MA<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202 | *  | |
| and | * | |
| STATE OF MARYLAND<br>80 Calvert Street<br>Goldstein Treasury Building<br>Annapolis, Maryland 21401 | *<br><br>* | |
| **Serve On.:**<br>Nancy K. Kopp<br>State of Maryland Treasurer's Office<br>80 Calvert Street<br>Goldstein Treasury Building<br>Annapolis, Maryland 21401 | *<br><br>*<br><br>* | |
| Defendants | * | |

\*   \*   \*   \*   \*

**COMPLAINT AND ELECTION FOR JURY TRIAL**

Plaintiffs, Anila Daulatzai, individually and Anila Daulatzai and Roger Begrich, as husband and wife, by and through their attorneys, Paul D. Bekman and Bekman, Marder and Adkins, L.L.C., file this Complaint against Defendants, Southwest Airlines and the State of Maryland, and state as follows:

## COUNT I
### (Battery)

1. Defendant, Southwest Airlines carries on regular business as an airline carrying Passengers from Baltimore Washington International Thurgood Marshall Airport in Anne Arundel County to various locations throughout the United States.

2. The Defendant, State of Maryland, employs as its agents, servants, and employees, Officers of the Maryland Transportation Authority Police who are stationed at Baltimore Washington International Thurgood Marshall Airport. That included among its officers on or about September 27, 2017 were officers:

- Officer D. McLhinney (#1694), Maryland Transportation Authority Police
- Corporal R. Alston (#0836), Maryland Transportation Authority Police
- Corporal R. Mossman (#1055), Maryland Transportation Authority Police
- Officer L. Myers (#1714), Maryland Transportation Authority Police
- Senior Officer J. Karpiak (#0505), Maryland Transportation Authority Police

The above officers were all acting within the scope of their employment as agents, servants, and employees of the State of Maryland.

3. That the Plaintiff, Anila Daulatzai was a fare paying passenger on Southwest Airlines; flight no. 1525 from Baltimore Washington International Thurgood Marshall Airport to Los Angeles, California. That the purpose of the trip was to visit her father who was ill.

4. That at the time of her entry aboard the aircraft she was pregnant and was concerned about her health and that of her unborn child.

5.   That prior to her boarding of the aircraft and while in the waiting room, there were Six to eight dogs running around none on a leash. When the Plaintiff, Anila Daulatzai, approached the flight attendant about finding out how many dogs were going to be flying on the flight to Los Angeles, the Plaintiff was informed only one dog and that dog was going to be in the fourth row.

6.   The Plaintiff, Anila Daulatzai, who had a slight allergy to dogs, changed her seat from row fifteen to the back of the aircraft, row twenty-seven on the left side in an aisle seat. She took out her papers to grade, since she was an instructor, as well as a pillow and her backpack.

7.   A flight attendant came back to tell her there were two dogs on the flight now in rows two and three. The Plaintiff informed the attendant she had a slight allergy to dogs and sometimes would get a runny nose. The flight attendant told her that she needed an EpiPen. The Plaintiff informed the flight attendant that her allergy was a slight one and she never had needed or used an EpiPen. The Plaintiff said that she would us the EpiPen if it became necessary.

8.   The Plaintiff was then asked by another Southwest attendant if she had a food allergy to which the Plaintiff, Anila Daulatzai, responded that she did not.

9.   Thereafter, the Southwest pilot on the aircraft approached the Plaintiff, Anila Daulatzai, to inquire if the Plaintiff had a food allergy and that if she did, she would not be allowed to remain on the plane and would be removed. The Plaintiff, Anila Daulatzai, again replied that she did not have a food allergy, only a slight allergy of exposure to dogs but she was in row twenty-seven, not row two or three where the dogs where and that she would be fine.

10. Notwithstanding the fact that the Plaintiff, Anila Daulatzai, did not have a food allergy and was not in danger of having a reaction to food and/or dogs the Southwest pilot ordered that the Plaintiff, Anila Daulatzai, be removed from the aircraft.

11. Thereafter, the Maryland Transportation Authority Police came aboard the aircraft at the request of the Southwest pilot to forcibly remove the Plaintiff, Anila Daulatzai, from the aircraft without her consent, without good cause and on the mistaken belief she had allergies which could be deadly.

12. The Plaintiff, Anila Daulatzai, was forcibly, without her permission or consent, removed from the aircraft without due cause based upon a mistaken belief that she was highly allergic to dogs. She further explained to the police who came aboard the aircraft that she was pregnant. A mistaken belief was asserted that she was allergic to dogs and had a food allergy, neither of which she had. She was the caregiver for her father who was located in Los Angeles and who was ill. The police officer told her that this was the day he was going to teach her a lesson. They pulled her by her belt loops off her seat. She informed them she was pregnant and would walk by herself. They pulled down her pants. Her thigh and crotch were exposed. She again told them she was pregnant. They placed her in a headlock. She asked them not to touch her and she would walk off the plane. She was removed from the plane, placed in a holding area, was not permitted to leave, she asked on multiple occasions if she could call her husband, a friend, or an attorney, but they refused to permit her to do so. They placed her in a holding cell and told her she was going to be arrested. They told her she could not call her attorney or her husband. These events took place into the morning of September 27, 2017. She was released at approximately 3:30 a.m.

13. That as a result of the improper, unlawful, and forceful removal of the Plaintiff, Anila Daulatzai, from the aircraft she sustained physical injuries to her shoulders, wrists, neck and back and severe and concerning emotional injuries as a result of the incident. Including grave concern for her pregnancy.

14. The actions of the Southwest Airlines and the State of Maryland through their Officers, servants, and employees were intentionally touching the Plaintiff without her consent and said actions were done deliberately and with actual malice.

15. That the Plaintiff, Anila Daulatzai, has incurred substantial expenses for medical treatment, loss of wages, as well as emotional injuries which continue to the present time.

WHEREFORE, the Plaintiff, Anila Daulatzai, individually, claims damages against the Defendants in an amount in excess of $75,000.00 (Seventy-Five Thousand Dollars) to be determined by a jury.

## COUNT II
### (Negligence)

16. The Plaintiff, Anila Daulatzai, repeats and realleges the fats and particulars set forth in paragraphs 1 through 15 and incorporate them here.

17. That the said Defendants, Southwest Airlines, and the State of Maryland through their officers, agents and employees were negligent in removing the Plaintiff, Anila Daulatzai, from Flight 1525 in the following respects:

   a. Removing the Plaintiff, Anila Daulatzai, from Flight 1525 without just cause.

   b. Using unnecessary force in removing the Plaintiff, Anila Daulatzai.

  c.  Wrongfully assuming the Plaintiff, Anila Daulatzai, had a food allergy.

  d.  Wrongfully assuming that the Plaintiff, Anila Daulatzai, had a deadly allergy to either food and/or dogs that posed a threat to the Plaintiff, Anila Daulatzai, and/or other passengers aboard Flight 1525.

  e.  In failing to take appropriate action to limit the number of dogs aboard Flight 1525.

  f.  In failing to exercise the highest duty of care to the Plaintiff, Anila Daulatzai, who was a fare paying passenger on a common carrier aircraft.

  g.  And was otherwise careless, reckless, and negligent.

WHEREFORE, the Plaintiff, Anila Daulatzai, individually, claims damages against the Defendants in an amount in excess of $75,000.00 (Seventy-Five Thousand Dollars) to be determined by a jury.

## COUNT III
### (Loss of Consortium)

18. Plaintiffs, Anila Daulatzai and Roger Begrich, incorporate paragraphs 1 through 17 of the Complaint by reference as fully as if they were set out in length herein.

19. At all times heretofore mentioned, the Plaintiffs, Anila Daulatzai and Roger Begrich, were and still are husband and wife.

20. The aforesaid negligence of the Defendants has caused the Plaintiffs loss of consortium and services, and interference with and injury to their marital relationship.

21. Plaintiff states that all of the damages, losses and injuries resulted directly from the negligence, carelessness, recklessness and wrongful acts and omissions of the Defendants without any negligence on the part of the Plaintiffs thereunto contributing.

WHEREFORE, the Plaintiffs, Anila Daulatzai and Roger Begrich, claim damages in an amount exceeding $75,000.00 (Seventy Five Thousand Dollars) against the Defendants, Southwest Airlines and the State of Maryland, to be determined by a jury, with all interest and costs to be paid by the Defendants.

*Paul D. Bekman*

PAUL D. BEKMAN (CPF #72010110013)
Bekman, Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633
bekman@bmalawfirm.com
CPF# 7201010013

*Attorneys for Plaintiff(s)*

| | | |
|---|---|---|
| ANILA DAULATZAI, et al. | * | IN THE |
| Plaintiffs | * | CIRCUIT COURT |
| v. | * | FOR |
| SOUTHWEST AIRLINES, et al., | * | ANNE ARUNDEL COUNTY |
| Defendants | * | Case No.: C-02-CV-20-001791 |

\* \* \* \* \*

## ELECTION FOR JURY TRIAL

Plaintiffs hereby elect to have their case tried before a jury.

*[signature]*

PAUL D. BEKMAN
Bekman, Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633
bekman@bmalawfirm.com
CPF# 7201010013

## CERTIFICATE OF REDACTION

I HEREBY CERTIFY that this Complaint and Prayer for Jury Trial does not contain any restricted information.

*[signature]*

PAUL D. BEKMAN
Bekman, Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633
bekman@bmalawfirm.com
CPF# 7201010013

*Attorneys for Plaintiff(s)*